1  STEVEN A. GIBSON, ESQ.
   Nevada Bar No. 6656
2  sgibson@gibsonlexbury.com
   JODI DONETTA LOWRY, ESQ.
3  Nevada Bar No. 7798
   jlowry@gibsonlexbury.com
4
   **Gibson Lexbury LLP**
5  3470 East Russell Road, Second Floor
   Las Vegas, Nevada 89120
6  Telephone 702.541.7888
   Facsimile 702.541.7899
7

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| 1.4G HOLDINGS, LLC, a Nevada limited-liability company;<br><br>Plaintiff,<br>v.<br><br>ELITE FIREWORKS, LLC, a Texas limited liability company;<br><br>Defendant. | Case No.: 2:22-CV-2104-RFB-VCF<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANT'S MOTION TO STAY DISCOVERY AND JOINT DISCOVERY PLAN AND SCHEDULE**<br><br>**(SECOND REQUEST)** |

Plaintiff 1.4g Holdings, LLC ("Plaintiff" or "1.4g Holdings"), and Defendant Elite Fireworks, LLC ("Defendant" or "Elite), by and through their respective counsel of record, hereby stipulate and agree to continue the May 2, 2023 hearing on Defendant's Motion to Stay Discovery (ECF No. 16) and Joint Discovery Plan and Scheduling Order (ECF No. 19) (together, the "Pending Matters") to May 5, 2023, due to the unavailability of Plaintiff's counsel on May 2, 2023.

1

This is the second request, and first stipulation, for continuation of the Pending Matters and is made in good faith and not in an attempt to delay proceedings.

Respectfully submitted this 18th day of April, 2023.

| GIBSON LEXBURY LLP | PIRKEYBARBER, PLLC |
|---|---|
| */s/ J.D. Lowry.* | */s/ Christopher M. Weimer* |
| STEVEN A. GIBSON, ESQ. | CHRISTOPHER M. WEIMER, ESQ. |
| Nevada Bar No. 6656 | Texas Bar No. 24061894 (Admitted *Pro Hac Vice*) |
| JODI DONETTA LOWRY, ESQ. | 1801 East 6th Street, Suite 300 |
| Nevada Bar No. 7798 | Austin, Texas 78702 |
| 3470 East Russell Road, Second Floor | *Attorney for Defendant* |
| Las Vegas, Nevada 89120 | |
| *Attorneys for Plaintiff* | |

IT IS HEREBY ORDERED that the hearing scheduled for May 2, 2023, is VACATED, and RESCHEDULED to 2:00 PM, May 5, 2023, in Courtroom 3C.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 4-19-2023 _____