**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| 1.4G Holdings, LLC, | |
| Plaintiff(s), | 2:22-cv-02104-RFB-VCF |
| v. | **ORDER** |
| Elite Fireworks, LLC, | |
| Defendant(s). | |

The court received communications from J.D. Lowry, Esq. requesting a telephonic conference to clarify the undersigned's ruling on jurisdictional discovery at the May 5, 2023 hearing.

Accordingly,

IT IS HEREBY ORDERED that a video status conference hearing is scheduled for **2:00 PM, July 14, 2023**, before Judge Cam Ferenbach.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by July 13, 2023.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.

1

1 • Do not have others in the video screen or moving in the background.

2 • No recording of the hearing.

3 • No forwarding of any video conference invitations.

4 • Unauthorized users on the video conference will be removed.

7   DATED this 13th day of July 2023.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE